UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NAOMI BRESTOWSKI-GREEN,

Plaintiff,

v. Case No.: 6:24-cv-01282-AGM-RMN

DIGITAL RISK MORTGAGE
SERVICES, LLC,

Defendant.
_______________________/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

COMES NOW, Plaintiff, NAOMI BRESTOWSKI-GREEN, by and through undersigned counsel, and hereby notifies the Court that the parties have reached a resolution with regard to this litigation. The parties request that the Court retain jurisdiction to enforce the terms of the settlement. Plaintiff will file a notice of voluntary dismissal with prejudice when all terms of the settlement are complied with.

DATED this 22nd day of September, 2026.

Respectfully submitted,

/s/ *Tiffany R. Cruz*

**Tiffany R. Cruz**
Florida Bar No.: 090986
Tiffany@tiffanycruzlaw.com

Parker@tiffanycruzlaw.com

**CRUZ LAW FIRM, P.A.**
325 N. Calhoun Street
Tallahassee, FL 32301
Telephone: (850) 701-8838

*ATTORNEYS FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of September 2026, I filed a true and correct copy of the foregoing with the CM/ECF filing system which will serve via electronic mail, a true and correct copy to all counsel of record.

/s/ *Tiffany R. Cruz*
**Tiffany R. Cruz**